RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Kevin Figgers

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00302-DJA |
| Plaintiff, | **ORDER** TO CONTINUE PRELIMINARY HEARING |
| v. | (Seventh Request) |
| KEVIN FIGGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Kevin Figgers, that the Preliminary Hearing currently scheduled on May 3, 2021 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to meet with her client to discuss the case and if necessary, to prepare for the preliminary hearing. The parties are involved in discussions and may possibly negotiate this case which may obviate the need for a preliminary hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv). The additional time requested by this stipulation also is excludable in computing the 90-day speedy trial clock imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161(c), considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

5. This continuance is not sought for purposes of delay, but to account for the Court's limited resources and the necessary social-distancing in light of the COVID-19 public health emergency.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

This is the seventh stipulation to continue filed herein.

DATED this 28th day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>KEVIN FIGGERS,<br><br>    Defendant. | Case No. 2:20-mj-00302-DJA<br><br>**ORDER** |

IT IS ORDERED that the Preliminary hearing currently scheduled for Monday, May 3, 2021 at 4:00 p.m., be vacated and continued to

June 7, 2021, at 4:00 p.m. in Courtroom 3A.

DATED this 28th day of April 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge