RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Kevin Figgers

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00302-DJA |
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** (Ninth Request) |
| v. | |
| KEVIN FIGGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Kevin Figgers, that the Preliminary Hearing currently scheduled on August 16, 2021 at 4:00 p.m., be vacated and continued to August 30, 2021 at a time convenient to the Court.

The Stipulation is entered into for the following reasons:

1.    The parties have reached a proposed resolution in this matter that would obviate the need for a preliminary hearing.  Further, an arraignment and plea hearing is scheduled for August 23, 2021, thus continuing the preliminary hearing will allow the parties to proceed with the scheduled arraignment and plea hearing.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv). The additional time requested by this stipulation also is excludable in computing the 90-day speedy trial clock imposed by the Speedy Trial Act, Title 18, United States Code, Section 3161(c), considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

5.      This continuance is not sought for purposes of delay, but to account for the Court's limited resources and the necessary social-distancing in light of the COVID-19 public health emergency.

6.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

This is the ninth stipulation to continue filed herein.

DATED this 4th day of August 2021.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Melanee Smith*
By_____
MELANEE SMITH
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEVIN FIGGERS,<br><br>                    Defendant. | Case No. 2:20-mj-00302-DJA<br><br>**<u>ORDER</u>** |

IT IS ORDERED that the Preliminary hearing currently scheduled for Monday, August 16, 2021 at 4:00 p.m., be vacated and continued to August 30, 2021 at the hour of 4:00 p.m., Courtroom 3A.

DATED this __5th__ day of August 2021.


_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3